# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: MARVETTA RANDOLPH  
2409 DRESDEN AVENUE  
ROCKFORD, IL  61103

SSN-xxx-xx-4696

Case Number: 05-75844

Case filed on: 10/7/2005  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $874.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | TCF | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | AOL MERCHANDISE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | KENNETH B. DROST, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SELECT CHECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | LABCORP SECONDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | OFFICE MAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | REVENUE MASTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | T-MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | ATTORNEY DARREN L BESIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | LITTLE COMPANY OF MARY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | SANTANNA ENERGY - RESIDENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | DUNSCOMM | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | HOLY CROSS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | CITY OF CHICAGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | OFFICE MAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | MCI WORLDCOM WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 088 | NATIONAL CAR RENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 090 | MARKOFF, KRANSY, GOLDMAN & GRANT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 103 | MARVETTA RANDOLPH | 0.00 | 0.00 | 874.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 874.00 | 0.00 |
| 001 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ACC INTERNATIONAL 919 | 402.98 | 80.60 | 0.00 | 0.00 |
| 004 | ACN CUSTOMER SERVICE | 800.13 | 160.03 | 0.00 | 0.00 |
| 005 | ADVANSE FIANCE | 500.00 | 100.00 | 0.00 | 0.00 |
| 006 | ALAMO RENT A CAR | 1,209.00 | 241.80 | 0.00 | 0.00 |
| 007 | ALEGIS GROUP | 395.00 | 79.00 | 0.00 | 0.00 |
| 008 | ALLIED INTERSTATE | 322.00 | 64.40 | 0.00 | 0.00 |
| 009 | AMERITECH | 700.00 | 140.00 | 0.00 | 0.00 |
| 010 | BAY AREA CREDIT SERVICE | 300.00 | 60.00 | 0.00 | 0.00 |
| 011 | BROTHER LOAN & FINANCE CO. | 151.00 | 30.20 | 0.00 | 0.00 |
| 012 | CABRERA & ASSOCIATES, P.C. | 228.00 | 45.60 | 0.00 | 0.00 |
| 013 | CAESAR'S LODGE | 75.00 | 15.00 | 0.00 | 0.00 |
| 014 | CCS, INC | 112.50 | 22.50 | 0.00 | 0.00 |
| 016 | CELLULAR DISTRIBUTION, INC. | 100.00 | 20.00 | 0.00 | 0.00 |
| 017 | CERTIFIED RECOVERY SYSTEMS | 400.00 | 80.00 | 0.00 | 0.00 |
| 018 | CHECK N GO OF ILLINOIS | 328.74 | 65.75 | 0.00 | 0.00 |
| 019 | CHICAGO MUNICIPAL EMP. | 3,000.00 | 600.00 | 0.00 | 0.00 |
| 020 | CIRCUIT COURT OF COOK COUNTY | 135.00 | 27.00 | 0.00 | 0.00 |
| 021 | CITY OF CHICAGO DEPT OF REVENUE | 2,000.00 | 400.00 | 0.00 | 0.00 |
| 022 | COMMONWEALTH EDISON | 1,038.00 | 207.60 | 0.00 | 0.00 |
| 023 | COMMONWEALTH EDISON | 450.00 | 90.00 | 0.00 | 0.00 |
| 024 | CONSUMER PORTFOLIO SERVICES | 2,992.75 | 598.55 | 0.00 | 0.00 |
| 026 | CONTINENTAL WIG | 35.00 | 7.00 | 0.00 | 0.00 |
| 028 | CREDIT COLLECTION SERVICES | 283.00 | 56.60 | 0.00 | 0.00 |
| 030 | DUNSCOMM | 46.24 | 9.25 | 0.00 | 0.00 |
| 032 | EMPRESS CASINO | 57.00 | 11.40 | 0.00 | 0.00 |
| 033 | ENTERPRISE RENT-A-CAR | 250.00 | 50.00 | 0.00 | 0.00 |
| 035 | EQUIFAX CHECK SERVICES | 46.00 | 9.20 | 0.00 | 0.00 |
| 036 | FIRST REVENUE ASSURANCE | 301.00 | 60.20 | 0.00 | 0.00 |
| 037 | FOCUS RECEIVABLES MANAGEMENT | 300.94 | 60.19 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| # | Claimant | Amount | Amount 2 | Paid | Paid 2 |
|---|---|---:|---:|---:|---:|
| 039 | GAME CASH/GAME FINANCIAL | 1,045.00 | 209.00 | 0.00 | 0.00 |
| 040 | GC SERVICES | 20.00 | 4.00 | 0.00 | 0.00 |
| 041 | GENESIS FINANCIAL SOLUTIONS | 500.00 | 100.00 | 0.00 | 0.00 |
| 042 | HARVARD COLLECTION SERVICES, INC. | 1,276.00 | 255.20 | 0.00 | 0.00 |
| 043 | ILLINOIS DEPARTMENT OF HUMAN SERVICES | 502.00 | 100.40 | 0.00 | 0.00 |
| 045 | INTERNAL REVENUE SERVICE | 2,000.00 | 400.00 | 0.00 | 0.00 |
| 046 | ATTORNEY KEVIN STRING | 617.00 | 123.40 | 0.00 | 0.00 |
| 047 | KNIGHTS OF COLUMBUS BINGO | 20.00 | 4.00 | 0.00 | 0.00 |
| 048 | LAKE COUNTY GOVERNMENT CENTER | 335.00 | 67.00 | 0.00 | 0.00 |
| 049 | LIGHTHOUSE FINANCIAL GROUP | 9,535.39 | 1,907.08 | 0.00 | 0.00 |
| 051 | LITTLE COMPANY OF MARY HOSPITAL | 2,100.00 | 420.00 | 0.00 | 0.00 |
| 052 | LOUIS, BAKER & ASSOCIATES, LLC | 405.00 | 81.00 | 0.00 | 0.00 |
| 053 | MACROS LTD | 35.00 | 7.00 | 0.00 | 0.00 |
| 054 | MALCOLM S. GERARD & ASSOCIATES | 75.00 | 15.00 | 0.00 | 0.00 |
| 056 | MALCOLM S. GERARD & ASSOCIATES | 520.00 | 104.00 | 0.00 | 0.00 |
| 057 | MAX RECOVERY INC | 56.00 | 11.20 | 0.00 | 0.00 |
| 058 | MPB | 1,010.09 | 202.02 | 0.00 | 0.00 |
| 060 | MPB | 838.00 | 167.60 | 0.00 | 0.00 |
| 061 | NATIONAL CAR RENTAL | 64.00 | 12.80 | 0.00 | 0.00 |
| 062 | NATURE'S WAY HEALTH CENTER | 38.27 | 7.65 | 0.00 | 0.00 |
| 063 | NCO FINANCIAL SYSTEMS | 322.00 | 64.40 | 0.00 | 0.00 |
| 064 | NORTHWESTERN MEMORIAL HOSPITAL | 150.00 | 30.00 | 0.00 | 0.00 |
| 065 | OFFICE MAX | 50.00 | 10.00 | 0.00 | 0.00 |
| 067 | OFFICE MAX | 68.49 | 13.70 | 0.00 | 0.00 |
| 068 | OMNI CREDIT | 258.00 | 51.60 | 0.00 | 0.00 |
| 069 | OMNI CREDIT | 257.00 | 51.40 | 0.00 | 0.00 |
| 070 | JEFFERSON CAPITAL SYSTEMS, LLC | 686.47 | 137.29 | 0.00 | 0.00 |
| 071 | PAY DAY LOAN STORE | 224.98 | 45.00 | 0.00 | 0.00 |
| 072 | PELLETTIERI & ASSOCIATES PC | 1,290.00 | 258.00 | 0.00 | 0.00 |
| 074 | PEOPLES ENERGY | 5,245.00 | 1,049.00 | 0.00 | 0.00 |
| 075 | PEOPLES ENERGY | 585.00 | 117.00 | 0.00 | 0.00 |
| 076 | PEOPLES GAS LIGHT & COKE CO | 5,867.85 | 1,173.57 | 0.00 | 0.00 |
| 077 | PROFESSIONAL ACCOUNT MANAGEMENT | 1,827.00 | 365.40 | 0.00 | 0.00 |
| 078 | PRT | 185.00 | 37.00 | 0.00 | 0.00 |
| 080 | RESURRECTION HEALTH CARE | 75.00 | 15.00 | 0.00 | 0.00 |
| 081 | RICHARD J. DALEY CENTER | 95.00 | 19.00 | 0.00 | 0.00 |
| 082 | RISK MANAGEMENT ALTERNATIVES, INC. | 46.40 | 9.28 | 0.00 | 0.00 |
| 084 | RJM ACQUISITIONS LLC | 100.00 | 20.00 | 0.00 | 0.00 |
| 085 | RPM | 1,452.73 | 290.55 | 0.00 | 0.00 |
| 087 | ATTORNEY SALVATORE SPINELLI | 4,834.88 | 966.98 | 0.00 | 0.00 |
| 089 | SHAWS | 1,185.00 | 237.00 | 0.00 | 0.00 |
| 091 | SOCIAL SECURITY ADMINISTRATION | 12,855.90 | 2,571.18 | 0.00 | 0.00 |
| 092 | SUNSTAR ACCEPTANCE | 2,012.00 | 402.40 | 0.00 | 0.00 |
| 093 | T-MOBILE | 100.94 | 20.19 | 0.00 | 0.00 |
| 094 | TCF BANK | 405.00 | 81.00 | 0.00 | 0.00 |
| 095 | TELECHECK SERVICES, INC. | 112.00 | 22.40 | 0.00 | 0.00 |
| 096 | UIC | 75.00 | 15.00 | 0.00 | 0.00 |
| 097 | UNITED STATES POSTAL SERVICE | 50.00 | 10.00 | 0.00 | 0.00 |
| 098 | VILLAGE OF OAK LAWN | 150.00 | 30.00 | 0.00 | 0.00 |
| 099 | T-MOBILE | 90.00 | 18.00 | 0.00 | 0.00 |
| 100 | WEXLER & WEXLER | 402.00 | 80.40 | 0.00 | 0.00 |
| 101 | WORLDCOM WIRELESS | 1,462.00 | 292.40 | 0.00 | 0.00 |
| 102 | MICHAEL AUSTIN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 80,471.67 | 16,094.36 | 0.00 | 0.00 |
| | Grand Total: | 80,471.67 | 16,094.36 | 874.00 | 0.00 |

Total Paid Claimant:      $874.00
Trustee Allowance:         $0.00
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/29/2006              By  /s/Heather M. Fagan