## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| IN RE:<br>RANDOLPH, MARVETTA | CHAPTER 7 -- Liquidation |
|---|---|
| | CASE NO. 05-75844 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-4696 13-7538810<br>Debtor(s) | HONORABLE  MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1.  NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on  MAY 9, 2007 at 9:30 a.m.

2.  The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The following applications for compensation have been filed:

| APPLICANT | COMPENSATION<br>PREVIOUSLY<br>PAID | FEES NOW<br>REQUESTED | EXPENSES<br>NOW<br>REQUESTED |
|---|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 1,750.89 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 42.78 |

4.   The Trustee's Final Report shows total:

    a.   Receipts                                                $_____17,510.22

    b.   Disbursements                                 $_____15,045.21

    c.   Net Cash Available for Distribution        $_____2,465.01

5.   In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $671.34, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $22,515.44.

6.   The debtor has been discharged.

7.   The Trustee proposed to abandon the following property at the hearing:


_____4/19/07_____                    _s/s Joseph D. Olsen_____
DATE

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-3          User: cshabez            Page 1 of 2              Date Rcvd: Apr 20, 2007
Case: 05-75844                Form ID: pdf002          Total Served: 102
```

The following entities were served by first class mail on Apr 22, 2007.
```
db          +Marvetta Hendricks,   2409 Dredsen Ave,   Rockford, IL 61103-3630
aty         +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty         +Craig Z Black,   Robert J  Semrad & Associates,   407 S  Dearborn Street,   6th Floor,
              Chicago, IL 60605-1136
aty         +David T Lin,   Robert J. Semrad And Associates,   407 S Dearborn St,   6th Floor,
              Chicago, IL 60605-1136
aty         +Robert J Semrad,   Robert J  Semrad & Associates  L LC,   407 S  Dearborn St  Ste 600,
              Chicago, IL 60605-1115
tr          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
10037822    +ACC International,   919 Estes Court,   Schaumburg, IL 60193-4427
10037823    +ACN CUSTOMER SERVICE,   6327 S. PAULINA ST.,   CHICAGO, IL 60636-2720
10037825    +ALAMO RENT A CAR,   P.O.BOX 22776,   FORT LAUDERDALE, FL 33335-2776
10037826    +ALEGIS GROUP,   P.O.BOX 10675,   GREENVILLE, SC 29603-0675
10037824    +Advanse Fiance,   P.O.Box 1572,   Southeastern, PA 19399-1572
10037827    +Allied  Interstate,   P.O.Box 361774,   Columbus, OH 43236-1774
10037828    +Ameritech,   Bill Payment Center,   Chicago, IL 60663-0001
10037830    +BROTHER LOAN,   7621 W 63RD ST,   SUMMIT, IL 60501-1811
10037829    +Bay Area Credit Service,   1190 Coleman Ave Ste #1E,   San Jose, CA 95110-1190
10037831    +Cabrera & Associates, P.C.,   419 Route 59 Ste 8,   Monsey, NY 10952-2857
10037832    +Ccs, Inc,   23220 Chagin Blvd  #400,   Cleveland, OH 44122-5433
10037833    +Cellular Distributor, Inc.,   14-45 117th St.,   College Point, NY 11356-1565
10037834    +Certified Recovery Systems, L.LP.,   7207 Recency Square Blvd. Ste. 100,   Houston, TX 77036-3189
10037835    +Check 'N Go Of Illinois,   8357 S. Cottage Grove. Ave.,   Chicago, IL 60619-5905
10037836    +Chicago Municipal Employees Credit Union,   33 N. Lasalle St. Suite #300,   Chicago, IL 60602-3427
10037837    +Circuit Court Of Cook Co..,   121 Lasalle Rm 107,   Chicago,, IL 60602-1202
10037838     Citifinancial,   P O Box 6931,   The Lakes, NV  88901-6931
10037839    +City Of Chicago,   Department Of Revenue,   P.O. Box 88292,   Chicago, IL 60680-1292
10037840     City Of Chicago,   Department Of Revenue-EMS,   P.O Box,   Chicago, IL  60680-1292
10831596    +City of Chicago - Department of Revenue,   Attention: Bankruptcy Unit - Parking,
              333 South State Street - Suite 540,   Chicago, Illinois 60604-3992
10875208    +Comcast Cable Communications,   %Friedman & Wexler LLC,   500 W Madison St Ste 2910,
              Chicago, IL 60661-4571
10037841    +Commonwealth Edison,   10 S. Dearborn St. 37th Flr,   P.O Box A 3005,   Chicago, IL 60690-3005
10037842    +Commonwealth Edison,   Bill Payment Center,   Chicago, IL 60668-0001
10037843    +Credit Collection Services,   2 Wells Avenue,   Newton, MA 02459-3246
10037844    +Darren L. Besic,   5 E. Wilson St,   Batavia, IL 60510-2656
10037845    +Dunscomm,   4836 Brecksville Road,   Richfield, OH 44286-9177
10037846    +Empress Casino,   2300 Empress Dr,   Joliet, IL 60436-9504
10037847    +Enterprise Rent-A-Car,   12739 South Sacramento,   Blue Island, IL 60406-1854
10037848     Equifax Check Systems,   P.O. Box 30272,   Tampa, FL  33630-3272
10037849    +FIRST REVENUE ASSURANCE,   VOICESTREAM,   P O BOX 34393,   SEATTLE, WA 98124-1393
10037850    +Focus Receivable Managment,   2700 Cumberland Parkway Suite 540,   Atlanta, GA 30339-3316
10037853    +GENESIS FINANCIAL SOLUTIONS,   8705 SW NIMBUS AVE.  S-300,   BEAVERTON, OR 97008-4000
10037851    +Game Cash/Game Financial,   P.O. Box 26008,   Minneapolis, MN 55426-0008
10037852    +Gc Service,   6330 Gulfton,   Houston, TX 77081-1198
10037854    +Harvard Collections Services Inc.,   4839 N. Elston Ave,   Chicago, IL 60630-2589
10037856    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114-0326)
10037855     Illinois Department Of Human Services,   P.O. Box 19407,   Springfield, IL  62794-9407
10430806    +Illinois Department of Human Services,   823 E. Monroe Street,   Springfield,  IL 62701-1915
10820193    +Illinois Department of Human Services,   Bureau of Collections,   P.O.Box 19407,
              Springfield, Illinois 62794-9407
10440429     Jefferson Capital Systems, LLC,   POB 23051,   Columbus Ga 31902-3051
10037857    +Kenneth B. Drost,   Attorney For Judgement Creditor,   111 Lions Drive, Suite 206,
              Barrington, IL 60010-3175
10037858    +Kevin L. String Co., L.P.A.,   Law Offices,   P.O. Box 221406,   Cleveland, OH 44122-0999
10037859     Knight Of Columbus Bingo,   1104 Knights Of Columbia Dr.,   East Chicago, IN  46312
10037860    +Lake County Government Center,   2293 N. Main St.,   Crown Point, IN 46307-1854
10037861    +Lighthouse Financial Group Of Illinois,   P.O. Box 18512,   Tampa, FL 33679-8512
10037862    +Little Company Of Mary Hospital,   2800 West 95th St,   Evergreen Park, IL 60805-2795
10037863    +Louis, Baker & Associates LLC,   9001 N. 76th St.,   Milwaukee, WI 53223-1911
10037864    +Macros Ltd,   2454 E. Dempster,   Des Plaines, IL 60016-5315
10037865    +Malcolm S. Gerald And Associates, Inc.,   332 South Michigan Ave,Ste 514,   Chicago, IL 60604-4318
10037866    +Malcom S. Gerald And Associates,   332 S. Michigan Ave,   Chicago, IL 60604-4434
10037867    +Markoff, Kransy, Goldman, Grant,   134 N. Lasalle St Ste 1717,   Chicago, IL 60602-1086
10037820    +Marvetta Randolph,   2409 Dresden Avenue,   Rockford, IL 61103-3630
10037868    +Max Recovery,   P.O.Box 10228,   Newark, NJ 07193-0228
10579430     Max Recovery Trust I, successor to,   Fingerhut Receivables, Inc.,   P.O. Box 10228,
              Newark, NJ  07193-0228
10037869     Merchants & Professional Credit Bureau,   P.O. Box 140675,   Austin, TX  78714-0675
10037870    +National Car Rental,   NCRS Damage Recovery,   P.O.Box 403355,   Atlanta, GA 30384-3355
10037871    +Nature's Way Health Center,   8504 South Stony Island Ave.,   Chicago, IL 60617-2246
10037872    +Nco,   P.O. Box 66,   Aurora, IL 60507-0066
10037873    +Nco Financial,   Po Box 41417,   Dept 99,   Philadelphia, PA 19101-1417
10037874     Northwest Memorial Hospital,   P.O. Box 73690,   Chicago, IL  60673-7690
10037879    +ORCHARD BANK,   P.O.BOX 19360,   PORTLAND, OR 97280-0360
10037876     Office Max,   P.O. Box 71460,   Madison Heights, MI  48071-0460
10037875    +Office Max,   Dept 58 3520174607,   P.O. Box 182378,   Columbus, OH 43218-2378
10037877    +Omni Credit,   4040 Blackburn Lane Ste 130,   Burtonsville, MD 20866-6142
10037878    +Omni Credit Service,   4040 Blackburn La #130,   Burtonsville, MD 20866-6142
10037882    +PEOPLES  ENERGY,   130 E  Randolph,   Chicago, IL 60601-6302
```

```
District/off: 0752-3          User: cshabez          Page 2 of 2            Date Rcvd: Apr 20, 2007
Case: 05-75844               Form ID: pdf002         Total Served: 102
```

```
10410766    +PEOPLES GAS LIGHT & COKE CO.,   130 E. RANDOLPH DR.,   CHICAGO,IL 60601-6207
10037885     PROFESSIONAL ACCOUNT MANAGEMENT, L.L.C.,   P.O. BOX 391,   MILWAUKEE, WI  53201-0391
10037880    +Pay Day Loan Store,   2132 E. 71st St.,   Chicago, IL 60649-2116
10037881    +Pellettieri & Associates P.C.,   991 Oak Creek Drive,   Lombard, IL 60148-6408
10037883     Peoples Energy,   Chicago, IL  60687-0001
10037884    +Peoples Gas,   401 S. State St..,   Chicago, IL 60697-0001
10037886     Progressive Recovery Techniques,   P.O. Box 805030,   Chicago, IL  60680-4111
10037887    +RESURRECTION HEALTH CARE,   135 S. Lasalle 4588,   Chicago, IL 60674-0001
10037888    +REVENUE MASTER,   P.O. BOX 3544,   GRAND RAPIDS, MI 49501-3544
10037892    +RPM LLC,   1930 220th St. SE, Suite 101,   Bothell, WA 98021-8410
10037889     Richard J. Daley Center,   Room 1005,   Chicago, IL  60602
10037890    +Risk Management Alternatives Inc.,   P.O. Box 105337,   Atlanta, GA 30348-5337
10037821    +Robert J Semrad & Associates,   407 S Dearborn Ave,   Suite 400,   Chicago, IL 60605-1163
10037896    +SUNSTAR ACCEPTANCE,   P O BOX 98320,   LOUISVILLE, KY 40298-8320
10037893    +Salvatore Spinelli ESQ,   135 Maxess Road Suite #2B,   Melville, NY 11747-3801
10037894    +Select Check Inc.,   P.O. Box  1068,   Chicago, IL 60668-0001
10037895    +Shaws,   9501 S. Western Ave,   Chicago, IL 60643-1013
10037897     T Mobile,   P.O. Box 742596,   Cincinnati, OH  45274-2596
10541043    +T-Mobile, Bankruptcy,   PO Box 53410,   Bellevue, WA 98015-3410
10037898    +TCF BANK,   919 Estes Court,   Shaumburg, IL 60193-4427
10037899    +TELECHECK,   P.O. BOX 17380,   DENVER, CO 80217-0380
10037900    +UIC,   1740 W. Taylor,   Chicago, IL 60612-7232
10037901    +United States Postal Service,   Manager, Payroll Processing Branch,   2825 Lone Oak Parkway,
              Eagan, MN 55121-9630
10037902    +Village Of Oak Lawn,   9446 S. Raymond Ave,   Oak Lawn, IL 60453-2449
10037903     Voice Stream,   P.O.Box 742596,   Cincinnati, OH  45274-2596
10037905     WORLD COM WIRELESS,   P.O. BOX 259,   NEWARK, NJ  07101
10037904    +Wexler & Wexler,   500 W. Madison St Ste 2910,   Chicago, IL 60661-2587

The following entities were served by electronic transmission on Apr 21, 2007.
10548555    +E-mail/PDF: bankruptcy@consumerportfolio.com Apr 21 2007 03:35:03      Consumer Portfolio Service,
              PO Box 98709,   Phoenix, AZ 85038-0709
10479976    +E-mail/PDF: bankruptcy@consumerportfolio.com Apr 21 2007 03:35:03      Consumer Portfolio Services,
              C.P.S.,   PO Box 57071,   Irvine, CA 92619-7071
10037891    +E-mail/PDF: ebn@phinsolutions.com Apr 21 2007 03:34:26      Rjm Acquisitions Llc,   P.O. Box 12023,
              Hauppauge, NY 11788-0816
                                                                              TOTAL: 3


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp           Napoli Bern & Assoc LLP
aty*        +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
10548589*   +T-Mobile,   PO Box 742596,   Cincinnati, OH 45274-2596
                                                                              TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2007**                    **Signature:** _____